IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID C. TURNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 02-1140 |
| vs. ) | |
| ) | |
| ROBERT M. HUSTON, EARL HELM and ) | |
| JOHN SHALLENBERGER ) | |
| ) | |
| Defendants. ) | |

MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION TO STRIKE

Now comes Stewart J. Umholtz, State's Attorney of Tazewell County, through Michael P. Holly, Assistant State's Attorney, representing the Defendants in this matter and file this Motion to Dismiss, or in the alternative, Motion to Strike, pursuant to Rules 12(b)(6) and 12(e). The Defendants state as follows:

I.   MOTION TO DISMISS

1. The Complaint as filed against these Defendants must be dismissed since it fails to state a claim upon which relief could be granted.

2. The Complaint as filed against these Defendants must be dismissed since it fails to allege a cause of action against these Defendants in their official capacities.

3. The Complaint as filed against these Defendants must be dismissed since it fails to allege a cause of action against these Defendants in their individual capacities.

    4.    The Complaint as filed against these Defendants must be dismissed since it fails to allege that the actions of the Defendants resulted in a violation of the Plaintiff's constitutional right.

    5.    To the extent that the Plaintiff seeks injunctive relief, the Complaint as filed against these Defendants must be dismissed as the Plaintiff has failed to establish in the absence of the issuance of an injunction or equitable relief that he would suffer substantial and immediate irreparable injury.

    6.    The Complaint as filed against these Defendants must be dismissed since it fails to allege deliberate indifference to Plaintiff's serious medical needs.

WHEREFORE, the Defendants, Robert M. Huston, Earl Helm, and John Shallenberger pray that this Complaint be dismissed.

II.    <u>MOTION TO STRIKE</u>

    1.    To the extent that the Complaint asks for declaratory and injunctive relief, such request must be striken.

    2.    To the extent that the Complaint asks for compensatory damages for mental or emotional injury, such request must be stricken.

    3.    To the extent that the Complaint asks for punitive damages against the Defendants in their official capacities, such request must be stricken.

WHEREFORE, the Defendants pray that those portions of the Complaint and Prayer objected to in this Motion be stricken.

Respectfully submitted,

Robert M. Huston
    Tazewell County Sheriff
Earl Helm
    Tazewell County Jail Superintendent
John Shallenberger
    Tazewell County Correctional Center


BY:    s/Michael P. Holly
       Michael P. Holly
       Assistant State's Attorney
       Office of the Tazewell County State's Attorney
       342 Court Street, Suite 6
       Tazewell County Courthouse
       Pekin, IL 61554
       309-477-2205

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, I electronically filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

DAVID CURTIS TURNER
INMATE # B75164
P.O. BOX 1700
GALESBURG, IL 61401

                                                  s/Michael P. Holly
                                                  Michael P. Holly
                                                  Assistant State's Attorney
                                                  Attorney for Defendant Tazewell County
                                                  Tazewell County State's Attorney's Office
                                                  342 Court Street, Suite 6
                                                  Pekin, IL 61554
                                                  Phone: 309-477-2205
                                                  Fax: 309-477-2399
                                                  E-mail: mholly@tazewell.com

1:02-cv-01140-HAB-JAG   # 59   Filed: 10/31/05   Page 5 of 5